**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Elena Markovsky v. Kirby Tower, L.P.

Appellate case number:   01-13-00516-CV

Trial court case number: 2009-03458

Trial court:             11th District Court of Harris County

       Appellant's "Motion to Transfer Appellate Records" is **GRANTED**. The Clerk of this Court is directed to transfer the clerk's record and reporter's record in case number 01-10-00738-CV, a previous appeal involving the same parties, to the file in case number 01-13-00516-CV.

       It is so ORDERED.

Judge's signature:  **/s/ Rebeca Huddle**_____
                                Acting individually


Date: _August 5, 2013_____